ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for CARLOS PENA, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PENA,<br>    Plaintiff,<br><br>vs.<br><br>CINEMARK HOLDINGS, INC.; CINEMARK USA, INC.; CENTURY THEATRES, INC., dba Cinemark Century Oakridge 20 XD and Screen X; and DOES 1-10, Inclusive,<br>    Defendants. | Case No. 23-cv-6032-NC<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE** |

Plaintiff CARLOS PENA ("Plaintiff"). and Defendants CINEMARK HOLDINGS, INC.; CINEMARK USA, INC.; CENTURY THEATRES, INC. (collectively, "Defendants"), through their counsel of record, jointly stipulate in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed in its entirety with prejudice.

Respectfully submitted,

Dated: August 5, 2024

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili, Attorney for Plaintiff CARLOS PENA

Dated: August 5, 2024

*/s/ M. Brett Burns*
M. Brett Burns, Attorney for Defendants CINEMARK HOLDINGS, INC.; CINEMARK USA, INC.; CENTURY THEATRES, INC.